**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose ARGUETA–HERNANDEZ, also known as, Jose Saul Hernandez–Argueta, Defendant–Appellant.**

No. 05–41254
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 3, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: *

On January 8, 2006, the Supreme Court vacated our judgment in this case and remanded the case to this court for further consideration in light of *Lopez v. Gonzales.*[1] The defendant has served his term of imprisonment and has been deported, but he remains subject to a term of supervised release. Our disposition of this appeal is governed by this circuit's binding precedent in *United States v. Rosenbaum–Alanis.*[2]

Because the defendant remains subject to a term of supervised release, however, he may still seek modification of the term of supervised release under 18 U.S.C. § 3583(e), which does not require his presence. We therefore DISMISS this appeal without prejudice to the defendant's right to seek a modification of his term of supervised release.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. —— U.S. ——, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006).

2. 483 F.3d 381 (5th Cir.2007).